# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACCREDITED SURETY AND CASUALTY COMPANY, INC.,**<br>Plaintiff,<br><br>v.<br><br>**SUPERIOR SOLAR DESIGN, LLC, DOGULAS DAVIS AND TONYA DAVIS,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 23-1865** |

## O R D E R

**AND NOW**, this 25th day of August, 2023, upon consideration of Plaintiff's Motion to Dismiss (ECF No. 21) and Defendants' Response thereto (ECF No. 23), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

                                                                     **BY THE COURT:**

                                                                     /s/Wendy Beetlestone, J.
                                                                   **_____**
                                                                   **WENDY BEETLESTONE, J.**