**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ACCREDITED SURETY AND CASUALTY COMPANY, INC., Plaintiff/Counter Defendant,** | **CIVIL ACTION** |
| **v.** | **NO. 23-1865** |
| **SUPERIOR SOLAR DESIGN, LLC, DOUGLAS DAVIS, and TONYA DAVIS, Defendants/Counter Claimants.** | |
| **SUPERIOR SOLAR DESIGN, LLC, DOUGLAS DAVIS, and TONYA DAVIS, Third-Party Plaintiffs,** | |
| **v.** | |
| **NACEVILLE MATERIAL, JV T/D/B/A BELVIDERE SAND AND GRAVEL, Third-Party Defendant.** | |

**O R D E R**

**AND NOW**, this 9th day of January, 2024, upon consideration of Third-Party Defendant's Motion to Dismiss the Amended Joinder Complaint (ECF No. 43), Third-Party Plaintiffs' Opposition thereto (ECF No. 45), and Third-Party Defendant's Reply (ECF No. 46), **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Third-Party Defendant's Motion to Strike Third-

Party Plaintiff's Sur-Reply (ECF No. 48) is **GRANTED**.

**BY THE COURT:**

*/s/ Wendy Beetlestone*

______________________________

**WENDY BEETLESTONE, J.**